UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| COLONY INSURANCE COMPANY<br><br>                              Plaintiff<br><br>v.<br><br>JILL G. LAGACE, as personal representative of the Estate of Juan Macario Mejia and of the Estate of Tomas Gomez de la Cruz; LIONEL GONCALVES, as trustee of L&M Realty Trust; NORFOLK & DEDHAM MUTUAL FIRE INSURANCE COMPANY, as subrogee; CHOCOLATE COM PIMENTA CORPORATION; CONSTANTINA M. COSTA<br><br>                              Defendants | Case No. 1:22-cv-11875-AK |

## STIPULATION OF DISMISSAL WITHOUT PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), all parties hereby stipulate that this action, including any and all claims, cross-claims, and counterclaims, are dismissed without prejudice to re-filing in Massachusetts Superior Court.

January 12, 2023

| COLONY INSURANCE COMPANY | CHOCOLATE COM PIMENTA CORPORATION AND CONSTANTINA M. COSTA |
|---|---|
| */s/ William L. Boesch*<br>William L. Boesch (BBO 558742)<br>boesch@sugarmanrogers.com<br>SUGARMAN ROGERS BARSHAK & COHEN, P.C.<br>101 Merrimac Street<br>Boston, MA 02114<br>617-227-3030 | */s/ Thomas B. Farrey, III*<br>Thomas B. Farrey III (BBO 159880)<br>Margaret R. Suuberg (BBO 544588)<br>BURNS & FARREY, PC<br>2 South Bolton Street<br>Marlborough, MA 01752<br>508-756-6288<br>farrey@burnsandfarrey.com<br>suuberg@burnsandfarrey.com |
| | |
| NORFOLK & DEDHAM MUTUAL FIRE INSURANCE COMPANY | JILL G. LAGACE, AS PERSONAL REPRESENTATIVE OF THE ESTATE OF JUAN MACARIO MEJIA AND OF THE ESTATE OF TOMAS GOMEZ DE LA CRUZ |
| */s/ Edward A. Bopp*<br>Edward A. Bopp (BBO 672367)<br>MONAHAN & ASSOCIATES, P.C.<br>113 Union Wharf East<br>Boston, MA 02109<br>617-227-1500<br>ebopp@monahanlaw.net | */s/ Andrew D. Nebenzahl*<br>Andrew D. Nebenzahl (BBO 368065)<br>THE NEBENZAHL LAW GROUP, P.C.<br>One Post Office Square<br>Sharon, MA 02067<br>781-784-2000<br>anebenzahl@neblawgroup.com |
| | |
| LIONEL GONCALVES as Trustee of the L&M REALTY TRUST,<br><br>*/s/ Lawrence M. Slotnick*<br>Lawrence M. Slotnick (BBO 549734)<br>MORRISON MAHONEY LLP<br>250 Summer Street<br>Boston, MA 02210<br>(617) 439-7500<br>lslotnick@morrisonmahoney.com | |

## **Certificate of Service**

I hereby certify that I am filing this document via the Court's electronic-filing system, and relying on the system to effect service, counsel for all parties being registered users.

*/s/ William L. Boesch*
